IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ERIC REEDER and MANDY REEDER** § | | |
| **Individually and as Administrators of the** § | | |
| **ESTATE OF JUSTIN REEDER, Deceased,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | **Civil Action No. 7:24-cv-044-O-BP** | |
| § | | |
| **DIANA ISACHIEVICI**, *et al.*, § | | |
| § | | |
| **Defendants.** § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 6, 24, 31) are **GRANTED in PART** and Plaintiffs' claims for violation of a liberty interest and excessive force are **DIMISSED**, Defendant's Motions to Dismiss (ECF Nos. 6, 24, 31) are **DENIED in PART** as to Plaintiffs' claims of deliberate indifference to serious medical needs, and Plaintiffs' Motion for Default Judgment Against David Bolton (ECF No. 26) is **DENIED**.

If Plaintiffs wish to amend their Complaint (ECF No. 1) to address the legal deficiencies identified in the United States Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 35) as to their claims of violation of Justin Reeder's liberty interest and excessive force,

1

they **SHALL FILE** a First Amended Complaint on or before fourteen days from the date of this Order.

**SO ORDERED** on this **6th day** of **December, 2024**.

_Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**