IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ERIC REEDER and MANDY REEDER** § | | |
| **Individually and as Administrators of the** § | | |
| **ESTATE OF JUSTIN REEDER, Deceased,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | | **Civil Action No. 7:24-cv-044-O-BP** |
| § | | |
| **DIANA ISACHIEVICI,** *et al.*, § | | |
| § | | |
| **Defendants.** § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 52. Plaintiffs filed an objection. *See* ECF No. 53. The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court finds that the Findings, Conclusions, and Recommendation in this case (ECF No. 52) should and is hereby **ACCEPTED**, and Plaintiffs' objection is hereby **OVERRULED**.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 41) is **GRANTED in PART**, Plaintiffs' claims for violation of a liberty interest and excessive force are **DISMISSED**, and Defendants' Motion to Dismiss (ECF No. 41) is **DENIED in PART** as to Plaintiffs' claims of deliberate indifference to serious medical needs.

**SO ORDERED** on this **3rd day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE